**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Melchion Wee-Ellis, on behalf of himself and al others similarly situated,

                 Plaintiffs,

          v.

DJB Tap, Inc.

                 Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case no.2:25-cv-1868

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

    **PLEASE TAKE NOTICE,** that the above-entitled action against Defendant shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

    Dated: May 13, 2025

EQUAL ACCESS LAW GROUP, PLLC
*Attorneys for Plaintiff*

**/s/ *Michael H. Cohen***
By: Michael H. Cohen, Esq.
68-29 Main Street,
Flushing, NY 11367
Tel: 917-437-3737
Email: mcohen@ealg.law